IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| GREGORY SCOTT JOHNSON,<br>    Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION W-09-CA-107 |
| ARKEMA, INC.,<br>    Defendant. | § § § § | |

## O R D E R

Before the Court is the Parties' Joint Stipulation of Dismissal.  The Court, having considered the stipulation, finds that this case should be dismissed.  Accordingly, it is

**ORDERED** that this case is **DISMISSED** with prejudice, costs to be borne by the party incurring same.  All relief not expressly granted herein is **DENIED.**  It is further

**ORDERED** that any pending motions in this case are **DENIED** as moot.

**SIGNED** on this 9th day of November, 2012.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE